UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NILOUFAR BAHADORIFAR,

Defendant.

No. 21-CR-430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at today's bail appeal, IT IS HEREBY ORDERED that the defendant be released subject to the following conditions:

- $250,000 Personal Recognizance Bond that must be signed by the defendant prior to her release from custody;

- Two co-signers, one of which must be approved prior to the defendant's release. She shall have an additional week to secure the second co-signer.

- Affidavits of surety signed by "resp[onsible] 3rd party(s);"

- Pretrial Services Supervision as directed by Pretrial Services;

- Surrender of all passports and travel documents, with any international travel to be first declared to Pretrial Services and permitted by the Court, and domestic travel first declared to Pretrial Services and limited to CDCA, SDNY, and elsewhere for the purpose of travel in between those districts;

- Maintain residence at current address, with notification to Pretrial Services before moving;

- Maintain or actively seek employment, with any new employment to be approved first by Pretrial Services;

• No direct or indirect contact with known victims or witnesses, except Saman Mehdizadeh, or any co-defendants except in presence of counsel;

• No sale or transfer of assets greater than or equal to $5,000 without prior notice to the Court;

• Location monitoring, including a monitoring bracelet, at the discretion of Pretrial Services; and

• Curfew at the discretion of Pretrial Services.

SO ORDERED.

Dated: July 2, 2021
        New York, New York

Ronnie Abrams
United States District Judge