Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
07/01/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8:21-mj-00464-DUTY

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 21 CRIM 430 |
| NILOUFAR BAHADORIFAR | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at ____ ☐ AM ☐ PM
   or
   The defendant was arrested in the Southern District of New York on 6/29/2021 at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   IEEPA / Bank & Wire Fraud , Money Laundering / Structuring

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: ███ 1974

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: Sue_Miracle@cacp.uscourts.gov

10. Remarks (if any): _____

11. Name: Babak Adib (please print)

12. Office Phone Number: 714-939-3563

13. Agency: FBI

14. Signature: /s/ B. Adib

15. Date: 7/1/2021

CR-64 (09/20) — REPORT COMMENCING CRIMINAL ACTION