1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  (E-Mail: cuauhtemoc_ortega@fd.org)
3  *Kelley Munoz* (Bar No. 211583)
   Deputy Federal Public Defender
4  (Email: kelley_munoz@fd.org)
5  411 West Fourth Street, Suite 7110
   Santa Ana, California  92701-4598
6  Telephone:  (714) 338-4500
7  Facsimile:  (714) 338-4520
8
   Attorneys for Defendant
9

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10         **UNITED STATES DISTRICT COURT**

11         **CENTRAL DISTRICT OF CALIFORNIA**

12               **SOUTHERN DIVISION**

13  UNITED STATES OF AMERICA,          Case No. SA *CR* 21-464 M

14              Plaintiff,

15         v.                          **Assertion of Fifth and Sixth**
                                       **Amendment Rights**
16  *Niloufar Bahadoriba*

17              Defendant.

18         I, the above-named defendant, hereby assert my Fifth and Sixth Amendment

19  rights to remain silent and to have counsel present at any and all of my interactions with

20  the government or others acting on the government's behalf.  I do not wish to, and will

21  not, waive any of my constitutional rights except in the presence of counsel.  I do not

22  want the government or others acting on the government's behalf to question me, or to

23  contact me seeking my waiver of any rights, unless my counsel is present.

24  *Nilufar Bahaduf*                        *Kelley Munoz*

25  (Defendant's Signature)               Attorney's Name/Signature

26  Date/Time  *7-1-21 @ 2:06*    a.m./p.m.

27

28  Interpreter:_____
    If defendant is not English speaker, include the following: