

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2021

**BY EMAIL**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Niloufar Bahadorifar et al.*,
 21 Cr. 430 (RA)

Dear Judge Gorenstein:

On July 8, 2021, a superseding indictment, S1 21 Cr. 430 (RA) (the "Superseding Indictment"), was returned in the above-captioned matter and filed under seal, together with warrants for the arrests of the charged defendants. The Government respectfully requests that the Superseding Indictment and warrants be unsealed. This request is made to this Court because the assigned District Judge is presently unavailable.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Michael D. Lockard / Matthew J.C. Hellman
/ Jacob H. Gutwillig
Assistant United States Attorneys
(212) 637- 2193 / 2278 / 2215

SO ORDERED:

_____
GABRIEL W. GORENSTEIN,
U.S.M.J.

July 13, 2021