LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

January 11, 2022

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, New York 10007

> Application granted. The conference is rescheduled to February 4, 2022 at 11:30 a.m. Time is excluded until February 4, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 11, 2022

Re: <u>United States v. Bahadorifar, et al.</u>, 21 CR 430 (RA)

Dear Judge Abrams:

    I am writing on behalf of defendant Niloufar Bahadorifar to respectfully request a three week adjournment of the January 13, 2022 status conference in this case to provide the defense with an opportunity to continue reviewing the voluminous discovery prior to setting a pretrial motion schedule. The government, by AUSA Jacob Gutwillig, has no objection to this request and the defendant agrees to exclude speedy trial time until the date of the next scheduled conference.

    Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    All counsel (by ECF)