LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

May 10, 2022

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Niloufar Bahadorifar, 21 CR 430 (RA)**

Dear Judge Abrams:

    I am writing together with the government to jointly request a six week adjournment of the status conference presently scheduled for Friday, May 13. The adjournment that we request will permit the parties to continue engaging in discussions concerning a potential disposition and to facilitate the defendant's review of the discovery. Of course, should Your Honor approve this request, the defendant will waive speedy trial time until the date of the next scheduled appearance in this case.

    Thank you for the Court's consideration on this request.

Respectfully submitted,

Jeffrey Lichtman

cc: Matthew J.C. Hellman, Esq.
    Michael Lockard, Esq.
    Jacob Gutwillig, Esq.
    Assistant United States Attorneys by ECF