LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

June 23, 2022

Application granted. The status conference
is adjourned to August 26, 2022 at 3:00
p.m. Time is excluded until August 26,
2022, under the Speedy Trial Act, pursuant
to 18 U.S.C. Section 3161(h)(7)(A).

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 23, 2022

Re:     **United States v. Niloufar Bahadorifar**, 21 CR 430 (RA)

Dear Judge Abrams:

I am writing together with the government to jointly request a 45 to 60 day adjournment
of the status conference presently scheduled for this Friday, June 24.  The adjournment that we
request will permit the parties to continue engaging in discussions concerning a potential
disposition and to facilitate the defendant's review of the discovery.  Of course, should Your
Honor approve this request, the defendant will waive speedy trial time until the date of the next
scheduled appearance in this case.

Thank you for the Court's consideration on this request.

Respectfully submitted,

Jeffrey Lichtman

cc: Matthew J.C. Hellman, Esq.
     Michael Lockard, Esq.
     Jacob Gutwillig, Esq.
     Assistant United States Attorneys (by ECF)