LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

November 16, 2022

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: **United States v. Niloufar Bahadorifar, 21 CR 430 (RA)**

Dear Judge Abrams:

  I am writing together with the government to jointly request a three week adjournment of the status conference presently scheduled for November 17, 2022. The adjournment that we seek will permit the parties to continue ongoing discussions concerning a potential disposition of this case. Of course, should Your Honor approve this request, the defendant will waive speedy trial time until the date of the next scheduled appearance.

  Thank you for the Court's consideration on this request.

             Respectfully submitted,

             Jeffrey Lichtman

cc: Matthew J.C. Hellman, Esq.
  Michael Lockard, Esq.
  Jacob Gutwillig, Esq.
  Assistant United States Attorneys (by ECF)

Application granted. The conference is adjourned to December 8, 2022 at 2:30 p.m. Time is excluded until December 8, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 16, 2022