LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

March 24, 2023

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 24, 2023

BY ECF
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Niloufar Bahadorifar, 21 CR 430 (RA)

Dear Judge Abrams:

   I am writing on behalf of defendant Niloufar Bahadorifar to respectfully request a short extension until Tuesday, March 28 in which to file the defendant's sentencing submission so that highly relevant materials from the defendant's family in Iran may be included with our filing. The government, by AUSA Jacob Gutwillig, has no objection to our application as long as the government receives a corresponding extension until April 4 for the filing of their brief.

   I apologize for the last minute nature of this application; we had anticipated that these materials would arrive on time.

   Thank you for the Court's consideration of this request. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:  Matthew Hellman, Esq.
     Michael Lockard, Esq.
     Jacob Gutwillig, Esq.
     Assistant United States Attorneys (by ECF)