Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
United States

v.

Bahadorifar

Docket No.: 21 CR 430 (SDNY)

Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that Niloufar Bahadorifar appeals to the United States Court of Appeals for the Second Circuit from the judgment  X , other ┌─────────┐
entered in this action on April 7, 2023.                                                      (specify)
                              (date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence | X |  Other |___|

Defendant found guilty by plea | X |  trial |   |  N/A |   |.

Offense occurred after November 1, 1987? Yes | X |  No |   |  N/A |   |

Date of sentence: April 7, 2023                N/A |___|

Bail/Jail Disposition: Committed |___|  Not committed | X |  N/A |   |

Appellant is represented by counsel? Yes X  | No |   |  If yes, provide the following information:

Defendant's Counsel: Jeffrey Lichtman, Esq.

Counsel's Address: 11 E. 44th Street, Ste. 501

New York, New York 10017

Counsel's Phone: (212) 581-1001

Assistant U.S. Attorney: Jacob Gutwillig, Esq.

AUSA's Address: One St. Andrew's Plaza

New York, New York 10007

AUSA's Phone: (212) 637-2215

Signature

Generated: Apr 20, 2023 10:59AM                                                                                                  Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Apr 20, 2023 10:59AM

NILOUFAR BAHADORIFAR

Rcpt. No: 15299               Trans. Date: Apr 20, 2023 10:59AM               Cashier ID: #ST

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 505.00 | 505.00 |

| CD | Tender |        |            | Amt      |
|----|--------|--------|------------|----------|
| CH | Check  | #1156  | 04/20/2023 | $505.00  |

Total Due Prior to Payment: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 21CR430 RA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.