AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States Of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21 CR 430 (RA) |
| Niloufar Bahadorifar | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Niloufar Bahadorifar.

Date: June 22, 2023

*Attorney's signature*

Christian R. Jensen, 105787
*Printed name and bar number*
2122 N Broadway
Santa Ana, Ca 92706

*Address*

crjensen@mac.com
*E-mail address*

714-334-7930
*Telephone number*

714-973-1677
*FAX number*