UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NILOUFAR BAHADORIFAR,

                        Defendant.

No. 21-CR-430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        IT IS HEREBY ORDERED that Ms. Bahadorifar's voluntary surrender date is extended

to May 3, 2024.


SO ORDERED.

Dated:      January 29, 2024
            New York, New York

                                    _____
                                    Ronnie Abrams
                                    United States District Judge