UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NILOUFAR BAHADORIFAR, | |
| Petitioner, | 24-CV-2732 (RA) |
| v. | 21-CR-430 (RA) |
| UNITED STATES OF AMERICA, | ORDER TO ANSWER |
| Respondent. | |

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. The Government shall also clarify whether it consents to referral to Magistrate Judge Moses. *See* No. 24-CV-2732, Dkt. 2. Ms. Bahadorifar shall have thirty days from the date on which she is served with the Government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case. The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Bahadorifar.

SO ORDERED.

Dated:   May 3, 2024
         New York, New York

                                                _____
                                                RONNIE ABRAMS
                                                United States District Judge