# Christian R. Jensen
*Attorney at Law*

Ms. Bahadorifar shall surrender to her designated facility by June 7, 2024. No further adjournments will be granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 16, 2024

May 15, 2024

<u>By ECF</u>
Hon. Ronnie Abrams
United States District Court

Re: <u>United States v. Niloufar Bahadorifar</u>, 21 CR 430 (RA)

Dear Judge Abrams:

This letter is a follow up from the letter sent yesterday. The court ordered Ms. Bahadorifar to provide signed letters from each of the medical providers. She was able to do that and they will be emailed to the Court and the Government in order to preserve privacy.

Ms. Bahadorifar respectfully renews her request to delay reporting to prison until June 7, 2024.

Respectfully submitted,

CHRISTIAN R. JENSEN
Attorney for Niloufar Bahadorifar

2122 N. Broadway
Santa Ana, California 92706

714-334-7930
crjensen@mac.com