UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NILOUFAR BAHADORIFAR,<br><br>Defendant. | 21-cr-430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Ms. Bahadorifar again requests a delay in her surrender date for medical reasons. *See* Dkt. 100. The Government shall promptly provide her most recent medical records to the Bureau of Prisons and confirm that it can still address her medical needs while incarcerated.

SO ORDERED.

Dated:    July 8, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge