UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-430 (RA) |
| v. | |
| NILOUFAR BAHADORIFAR, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

As the Court has been assured that the Bureau of Prisons can and will accommodate Ms. Bahadorifar's medical needs, her application to delay her surrender date is denied. She shall surrender to the Federal Correctional Institution in Hazelton, West Virginia, no later than Monday, July 22, 2024.

SO ORDERED.

Dated:     July 18, 2024
           New York, New York

_____
Ronnie Abrams
United States District Judge