UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NILOUFAR BAHADORIFAR,<br><br>Defendant. | 21-CR-430 (RA)<br><br>24-CV-2732 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On May 3, 2024, the Court ordered the Government to respond to Ms. Bahadorifar's motion under 28 U.S.C. § 2255 within 60 days. *See* Dkt. 82, 87. The Government has not yet done so. No later than September 11, 2024, the Government shall respond to Ms. Bahadorifar's motion.

SO ORDERED.

Dated:   August 28, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge