UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NILOUFAR BAHADORIFAR,

Defendant.

21-CR-430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Ms. Bahadorifar's motion for compassionate release. To the extent that Ms. Bahadorifar intends to submit medical records in support of her motion, she shall do so by August 17, 2026. If she seeks for any such records to be filed under seal, she shall so advise the Court. The Government shall file its response to the motion within two weeks of Ms. Bahadorifar submitting any such records, but in no event later than August 31, 2026. The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Bahadorifar.

SO ORDERED.

Dated: July 27, 2026
New York, New York

Ronnie Abrams
United States District Judge