UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NILOUFAR BAHADORIFAR,

Defendant.

21-CR-430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received Ms. Bahadorifar's medical records and will consider them in connection with her motion for compassionate release. Because the records contain personal, sensitive information, the Court will not file them on the public docket but will provide a copy to the Government.

SO ORDERED.

Dated: September 1, 2026
New York, New York

Ronnie Abrams
United States District Judge