UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NILOUFAR BAHADORIFAR,

Defendant.

21-CR-430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Ms. Bahadorifar shall file any response to the Government's letter, Dkt. 129, by September 18, 2026. The Government shall promptly provide Ms. Bahadorifar with copies of the exhibits it submitted to the Court under seal.

SO ORDERED.

Dated: September 2, 2026
New York, New York

Ronnie Abrams
United States District Judge