UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NILOUFAR BAHADORIFAR,

Defendant.

21-CR-430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 27, 2026, Ms. Bahadorifar, appearing *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. 124. The Government opposed, arguing, among other things, that Ms. Bahadorifar failed to exhaust her administrative remedies by seeking a sentence reduction through the Federal Bureau of Prisons ("BOP"). *See* Dkt. 129. Ms. Bahadorifar has now requested that the Court permit her to renew or supplement her motion for compassionate release after seeking a sentence reduction through the BOP. *See* Dkt. 132 at 3. It is thus hereby ordered that Ms. Bahadorifar's motion for compassionate release is stayed pending her request for a sentence reduction through the BOP. *See Poppel v. Rockefeller Univ. Hosp.*, No. 19-CV-1403-ALC, 2019 WL 3334476, at *2 (S.D.N.Y. July 25, 2019) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its own docket with economy of time and effort for itself, for counsel, and for litigants."). The parties shall file letters updating the Court as to the status of Ms. Bahadorifar's request no later than November 16, 2026, and advising the Court of their positions as to whether a further stay is warranted.

The Clerk of Court is respectfully directed to stay this action pending further order from the Court.

SO ORDERED.

Dated: October 8, 2026
New York, New York

Ronnie Abrams
United States District Judge