UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NILOUFAR BAHADORIFAR,<br><br>Defendant. | 21-CR-430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 27, 2026, Ms. Bahadorifar, appearing *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. 124. The Government opposed, arguing, among other things, that Ms. Bahadorifar failed to exhaust her administrative remedies by seeking a sentence reduction through the Federal Bureau of Prisons ("BOP"). *See* Dkt. 129. Ms. Bahadorifar subsequently requested that the Court permit her to renew or supplement her motion for compassionate release after seeking a sentence reduction through the BOP. *See* Dkt. 132 at 3. On October 8, 2026, the Court stayed Ms. Bahadorifar's motion for compassionate release pending her request for a sentence reduction through the BOP. *See* Dkt. 133. The Court instructed the parties to update the Court as to the status of Ms. Bahadorifar's request for a sentence reduction no later than November 16, 2026. *See id.* On October 21, 2026, Ms. Bahadorifar submitted a letter informing the Court that she was "pursuing [an] administrative determination" from the BOP. *See* Dkt. 134 at 2. On November 17, 2026, the Government submitted a letter informing the Court that "counsel for the BOP has confirmed that there is no record of [Ms. Bahadorifar] making any request for administrative relief for compassionate release with the BOP." Dkt. 135 at 1. The Government now asks the Court to lift its stay and deny Ms. Bahadorifar's motion for compassionate release.

If Ms. Bahadorifar still intends to request a sentence reduction through the BOP, she shall do so by no later than December 18, 2026. If Ms. Bahadorifar fails to request a sentence reduction through the BOP by that date, her motion for compassionate release will be denied for failure to exhaust administrative remedies. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bahadorifar.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Ronnie Abrams
United States District Judge